UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 21-Cr-276 (SHS)

      -v-  : <u>ORDER</u>

LUODA ZHOGHA,  :

      Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing scheduled for today is adjourned to December 2, 2021, at 2:30 p.m.

Dated: New York, New York
       November 18, 2021

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.