UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-276 (SHS) |
| -v- | : | <u>ORDER</u> |
| LUODA ZHOGHA, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing is adjourned to March 29, 2022, at 2:30 p.m.

Dated: New York, New York
       March 17, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.