# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

October 18, 2024

Hon. Sidney H. Stein
United States District Court
 Southern District of New York
40 Foley Sq
New York, NY 10007

**MEMO ENDORSED**

Re:    *U.S. v. Luoda Zhogha,* Case No. 1:21-cr-00276-SHS-1
       Letter Request for Return of Passport

Dear Judge Stein:

I request an order authorizing the return of the above-listed defendant's passport to myself, counsel for the defendant, or to a member of my staff. The passport is currently in the possession of SDNY pretrial services.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

**JEFFREY CHABROWE, ESQ.**
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
*Counsel for Defendant Luoda Zhogha*

**Request granted.**

**Dated: New York**
       **October 21, 2024**

SO ORDERED:

_____
Sidney H. stein, U.S.D.J.